cross section of the available jurors. The challenge was sustained and the proceeding was adjourned until November 13, 1962, at Cayuga County. The District Attorney has now moved to change the place of trial from Supreme Court, Cayuga County, to the Supreme Court in some other county "on the ground that a fair and impartial trial cannot be had in the Supreme Court in Cayuga County, where said indictment is now pending." This motion should be granted. Although it does not appear strictly that a fair trial cannot be had in Cayuga County at some future time, it appears that one cannot be had in the reasonably near future. If the proceeding should remain in Cayuga County until a jury could be impaneled in accordance with article 16 of the Judiciary Law, the trial might be long delayed. In our opinion, it is imperative that the matter be tried and concluded in the near future. Not only is the defendant entitled to be tried with reasonable expedition but, if we should fail to grant this motion, a motion might be made to dismiss for failure of prosecution. We consider the expression "fair trial" to mean a trial before a jury impaneled in accordance with said article 16 of the Judiciary Law. For these reasons, upon the adjourned date of November 13, Justice BRASSER should preside and adjourn the trial of the action so that the same may be commenced in Ontario County on the 14th of November, 1962, or as soon thereafter as may be, with Justice BRASSER presiding. This determination is consistent with the grounds urged by defendant upon his motion to move the case from Chautauqua County and with defendant's challenge to the panel.

■ (A) ROBERT B. CORCORAN, Appellant, v. JAMES BAMBUROSKI, Respondent. (B) JOHN P. MORRISON, Respondent-Appellant, and RUSSELL P. MORRISON, Respondent, v. PETER CHEGAS, Appellant-Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK P. HUNT & COMPANY, INC., FRANK P. HUNT and CLARABEL GILBERT, Appellants. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS JAMES McCARTHY, Appellant. (E) In the Matter of LESTER R. SWEET. (F) ADELE KIEC et al., Respondents, v. JOHN BARRY, Appellant. (And Two Other Actions.) (G) WILLIS L. SEARCY, as Administratrix of the Estate of JAMES E. SEARCY, Deceased, Plaintiff, v. JAMES H. ROARK, JR., et al., Defendants.— [In each action] Appeal dismissed, without costs, upon stipulation.

■ (A) THOMAS DORAN COMPANY INCORPORATED, Respondent, v. E. CHARLES LARRY, as Trustee for WETMORE & SUGDEN, INC., Bankrupt, Appellant. THOMAS DORAN COMPANY INCORPORATED, Respondent, v. E. CHARLES LARRY, as Trustee of WETMORE & SUGDEN, INC., Bankrupt, et al., Appellants. (B) JOSEPH NEMETH, an Infant, by MARY NEMETH, His Guardian ad Litem, et al., Appellants, v. ALFRED UNIVERSITY, Respondent. (C) ROBERT PLACE et al., Appellants, v. CHARLES HACK et al., Constituting the Town Board of the Town of Walworth, et al., Respondents. (D) MARY C. SIEGEL, Respondent, v. BOARD OF EDUCATION OF THE CITY OF BUFFALO, Appellant.— [In each action] Appeal dismissed for failure to comply with previous order.

■ (A) NELLIE C. CRAWFORD, Respondent, v. TOWN OF HAMBURG, Appellant. (B) In the Matter of DONNA L. DINSMORE, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent. (C) HAROLD J. FOSTER, Appellant, v. JAMES Q. GLEASON, Respondent. (D) JOHN H. KNOX Co., INC., Respondent, v. NIAGARA FALLS HOUSING AUTHORITY, Appellant. (E) RAPPL & HOENIG Co., INC., Respondent, v. CENTRAL SCHOOL DISTRICT No. 3 OF THE TOWN OF IRONDEQUOIT, et al., Defendants, and RYAN STONE Co., INC., Appellant. (F) SCHANTZ HOMES INC., Appellant, v. JOHN P. KELLY, SR., et al., Respondents. (G) In the Matter of HOWARD L. WOOD, Petitioner,

v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before December 12, 1962.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARNEST BEAL, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GLENN M. BLISS, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LA PLACA, Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT J. MARRONE, Appellant. (E) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE PASSANTE, Appellant. (F) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN JOSHUA WOOD-COOK, Appellant. (G) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEVE WUCKICH, Appellant.— [In each action] Motion granted and time for argument of appeal enlarged to include term commencing January 8, 1963.

■ ARNOLD ECKERT et al., Plaintiffs, v. TOWN OF IRONDEQUOIT et al., Defendants.— Application for final order of dismissal of appeal denied. The testimony to be included in the record on appeal should be determined by the Trial Judge.

■ In the Matter of the Accounting of MAE MULRYAN, as Executrix of SARAH KELLEHER, Deceased.— Motion granted to prosecute appeal on one original typewritten record and five typewritten copies of appellant's brief.

■ JOSEPH PALOMBI, Appellant, v. HENRY R. DUTCHER, SR., Respondent.— Motion granted to prosecute appeal on one original typewritten record and five typewritten copies of appellant's brief.

■ ISABELLE ARRISON, Respondent, v. ANTHONY CALDERONE, Appellant.— Motion to dismiss appeal denied.

■ HERMAN WEIGERT et al., Appellants, v. NEW YORK STATE THRUWAY AUTHORITY, Respondent.— Appeal dismissed unless records and briefs are filed and served on or before January 4, 1963.

■ C. M. BAY, Appellant, v. GROEN MANUFACTURING COMPANY, Respondent.— Motions to dismiss appeals (3) denied with leave to renew upon proof of the substitution of a representative of the estate of the deceased plaintiff.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD MILLER et al., Appellants.— Motion granted and time for argument of appeal of appellant Robert Jackson enlarged to include January 1963 Term upon condition that appeal is argued at that term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH M. LEWIS, Appellant.— Motion granted, order dismissing appeal vacated, appeal to be prosecuted upon original record and five typewritten copies of appellant's brief; Richard D. Grisanti, Esq., assigned as counsel, and time for argument of appeal enlarged to include January 1963 Term; appellant directed to file and serve briefs on or before December 12, 1962.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT MORTON, Appellant, v. JAMES McDONALD, as Sheriff of Cayuga County, Respondent.— Motion granted and stay continued pending the determination of the appeal herein, upon condition that the appeal is argued at the term commencing January 8, 1963.

■ ELTON D. SCHNEIDER, Appellant, v. RICHARD C. MIECZNIKOWSKI, Respondent.— Motion granted to prosecute appeal on an original and five type-written copies of appellant's brief.

■ JOHN LASKOSKI, Respondent, v. WALDO S. DE MERS, Appellant.— Motion to dismiss appeal denied, with leave to respondent to renew the motion upon the argument of the appeal at the January 1963 Term.